**Motion GRANTED and Order filed March 21, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00235-CV
_____

### IN RE HAVERHILL CHEMICALS, LLC, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
333rd District Court
Harris County, Texas
Trial Court Cause No. 2016-08640**

---

## ORDER

On March 20, 2019, relator Haverhill Chemicals, LLC, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Daryl Moore, Judge of the 333rd District Court, in Harris County, Texas, to set aside his orders dated January 31, 2019, and March 13, 2019, entered in trial court number 2016-08640, styled *Goradia Family Interests, Ltd., et al. v. Sunoco, Inc., et al.*

Relator also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On March 20, 2019, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion for temporary stay and issue the following order:

We **ORDER** the January 31, 2019 and March 13, 2019 orders entered in cause number 2016-08640, *Goradia Family Interests, Ltd., et al. v. Sunoco, Inc., et al.,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties in interest Sunoco, Inc., Sunoco, Inc. (R&M), David Sexton, and Edward King to file a response to the petition for writ of mandamus on or before **April 5, 2019**. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Christopher, Hassan, and Poissant.